<p style="text-align:center; color:red;">**REDACTED**</p>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

MAY 25 2022

| UNITED STATES OF AMERICA | ) | INDICTMENT |
|---|---|---|
| | ) | |
| v. | ) | Cause No. 1:22-CR-36 |
| | ) | Violations: 18 U.S.C. §§ 922(g)(1) |
| | ) | and (3); 26 U.S.C. §§ |
| BRADLEY A. REID | ) | 5841 and 5861(d) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about May 2, 2022, in the Northern District of Indiana,

BRADLEY A. REID,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is to say:

On or about May 9, 2007, Bradley A. Reid was sentenced on his conviction in the Elkhart Superior Court, State of Indiana, case number 20D05-0612-FD-00437, for Operating While Intoxicated and Resisting Law Enforcement, felonies; and

On or about April 17, 2006, Bradley A. Reid was sentenced on his conviction in the Elkhart Superior Court, State of Indiana, case number 20D05-0410-FD-406, for Operating While Intoxicated, a felony;

did knowingly possess a firearm, and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2

On or about May 2, 2022, in the Northern District of Indiana,

BRADLEY A. REID,

defendant herein, knowing he was a person who was an unlawful user of and addicted to any controlled substance (as defined in 21 U.S.C. § 802), did knowingly possess a firearm, and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(3).

COUNT 3

On or about May 2, 2022, in the Northern District of Indiana,

BRADLEY A. REID,

defendant herein, did knowingly and unlawfully possess a firearm, namely a bomb, which is a destructive device, and any combination of parts either designed or intended for use in converting any device into a destructive device, as defined in 26 U.S.C. § 5845, not registered to him in the National Firearms Registration and Transfer Record;

All in violation of 26 U.S.C. §§ 5841 and 5861(d).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of Counts 1 and/or 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offense.

The allegations contained in Count 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c).

Upon conviction of Count 3 of this Indictment, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), the firearm involved in the commission of the offense.

A TRUE BILL

/s/ Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  /s/ Sarah E. Nokes
Sarah E. Nokes
Assistant United States Attorney